R. S. FISHER, INC., Respondent, *v.* KINGSWAY REALTY AND MORTGAGE CORPORATION, Appellant.

(Argued November 26, 1929; decided January 7, 1930.)

*Philip J. Termini* and *John J. O'Leary* for appellant.
*Vincent E. Donihee* and *Abraham Sarason* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CARDOZO, Ch. J.